# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| MEGHAN GROLLEY, | No. 59832-9-II |
| Respondent/Cross Appellant, | (consolidated with Nos. 59839-6-II, 59842-6-II, 59849-3-II, 59852-3-II, and 59859-1-II) |
| v. | |
| AUTUMN LIVERMORE, | ORDER DENYING MOTION TO EXTEND TIME TO FILE MOTION FOR RECONSIDERATION AND MOTION FOR RECONSIDERATION AND WITHDRAWING OPINION |
| Appellant/Cross Respondent. | |
| MEGHAN GROLLEY, | |
| Respondent/Cross Appellant, | |
| v. | |
| GLEN LIVERMORE, | |
| Appellant/Cross Respondent. | |
| EVAN GROLLEY, | |
| Respondent/Cross Appellant, | |
| v. | |
| GLEN LIVERMORE, | |
| Appellant/Cross Respondent. | |
| EVAN GROLLEY, | |
| Respondent/Cross Appellant, | |
| v. | |

No. 59832-9-II (consolidated with Nos. 59839-6-II, 59842-6-II, 59849-3-II, 59852-3-II, and 59859-1-II)

| | |
|---|---|
| AUTUMN LIVERMORE, | |
| Appellant/Cross Respondent. | |
| KEEGAN GROLLEY, | |
| Respondent/Cross Appellant, | |
| v. | |
| GLEN LIVERMORE, | |
| Appellant/Cross Respondent. | |
| KEEGAN GROLLEY, | |
| Respondent/Cross Appellant, | |
| v. | |
| AUTUMN LIVERMORE, | |
| Appellant/Cross Respondent. | |

Appellants/cross respondents, Autumn and Glen Livermore, move this court to extend the time to file a motion for reconsideration and to reconsider its May 27, 2026 unpublished opinion. After consideration, we deny the motions. However, the opinion is withdrawn and a corrected opinion will be filed in due course. It is

SO ORDERED.

Panel: Jj. Maxa, Lee, Cruser

No. 59832-9-II (consolidated with Nos. 59839-6-II, 59842-6-II, 59849-3-II, 59852-3-II, and 59859-1-II)

FOR THE COURT:

CRUSER, J.

We concur:

MAXA, P.J.

LEE, J.